1 | Gregory M. Fox, State Bar No. 070876
2 | Dana L. Soong, State Bar No. 168160
  | BERTRAND, FOX & ELLIOT
  | The Waterfront Building
3 | 2749 Hyde Street
  | San Francisco, California 94109
4 | Telephone:   (415) 353-0999
  | Facsimile:    (415) 353-0990

**E-Filed 7/2/2009**

Attorneys for Defendants
CITY OF SUNNYVALE,
CHRIS SEARLE and DARREN PANG

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE,<br><br>　　　　Defendants. | Case No.:  C08-05771 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the Case Management Conference and related filing requirements including the joint statement and Rule 26 disclosures and Report  from Friday, 10:30 a.m., July 17, 2009 to a new hearing date for the CMC on  Friday,  10:30 a.m.,  September 4, 2009.   The filing date of the Joint Case Management Statement and the date for initial disclosures and Rule 26(f) Report are continued to August 28, 2009.

　　　　Good cause exists for this stipulation because defendants have filed a motion to dismiss the plaintiffs' second amended complaint which is scheduled for hearing on Friday July 17, 2009.  It  is therefore presently uncertain which causes of action, if any, will proceed.   The parties agree that said motion should be resolved and the case be "at issue" before the  Case Management Conference is held with the Court.

So Stipulated:

Dated: June 30, 2009                    ROBERTS & ELLIOT LLP

                                        By: _____/s/_____
                                            James Roberts, Attorney for Plaintiffs

Dated: June 26 , 2009                   BERTRAND, FOX & ELLIOT


                                        By: _____/s/_____
                                            Gregory M. Fox
                                            Attorneys for Defendants
                                            CITY OF SUNNYVALE, CHRIS SEARLE and
                                            DARREN PANG

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


Dated: July 1, 20009                    _____/s/_____
                                            Gregory M. Fox

**ORDER**

Good cause appearing, the stipulation is so ordered.

Dated: __July 2__, 2009

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT

STIPULATION FOR AN ORDER CONTINUING HEARING DATE