UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ERIKA CANAS, ET AL., | ) | Case No.: C 08-05771 JF (PVT) |
| Plaintiffs, | ) | **ORDER RE PARTIES' STIPULATION AND PROPOSED PROTECTIVE ORDER** |
| v. | ) | |
| CITY OF SUNNYVALE, ET AL., | ) | |
| Defendants. | ) | |

On October 14, 2009, the parties filed a stipulation and [proposed] protective order. Having reviewed the proposed order, the court finds the following deficiencies:

(1) the stipulated protective order fails to state that confidential material must qualify for protection under the standards developed under Rule 26(c);

(2) the stipulated protective order fails to place on the right party the burden of establishing that protection is warranted. Rule 26(c) places the burden on the party seeking protection to show that it is warranted;

(3) the stipulated protective order fails to specify that requests to file confidential documents and information under seal should be made pursuant to Civ. L.R. 79-5;

(4) the stipulated protective order fails to include as an exhibit a sample agreement to be bound by the order.

ORDER, *page 1*

Additionally, the parties are advised to review the model stipulated protective order on the court's website located at www.cand.uscourts.gov. Pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information exchanged or disclosed during discovery in this case.

IT IS SO ORDERED.

Dated:   October 15, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge