Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF SUNNYVALE,
CHRIS SEARLE and DARREN PANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE,<br><br>Defendants. | Case No.: C08-05771 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR EARLY NEUTRAL EVALUATION** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the date and time for completion of the Early Neutral Evaluation be continued to November 27. An initial ENE session was held on October 6. The parties and evaluator agreed the parties should exchange discovery and hold a second session on November 20. Good cause is shown as the parties are in the process of agreeing upon a protective order to be submitted to the court. Once said protective order is entered by the court, discovery will proceed. In order to allow for a meaningful analysis of the case, it is preferable that the parties have an opportunity to review the documents before the continued ENE. Thus, a continuance until November 27 for the date and time to conduct ENE will allow such review to take place.

| | | |
|---|---|---|
| 1 | Dated: October 9, 2009 | BERTRAND, FOX & ELLIOT |

By: /s/
Gregory M. Fox
Attorneys for Defendants
CITY OF SUNNYVALE, CHRIS SEARLE and
DARREN PANG

Dated: October 9, 2009                ROBERTS & ELLIOT LLP

By: /s/

James Roberts, Esq.

Sharmi Shah, Esq.
Attorneys for Plaintiffs
ERIKA CANAS, JOSE CANAS, and JESUS CANAS

## **ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.

Dated: 10/22, 2009

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: October 13, 2009                /s/
Gregory M. Fox