1  Gregory M. Fox, State Bar No. 070876
   Dana L. Soong, State Bar No. 168160
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street                            **E-Filed 10/28/2009**
   San Francisco, California 94109
4  Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
5
   Attorneys for Defendants
6  CITY OF SUNNYVALE,
   CHRIS SEARLE and DARREN PANG
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 ERIKA CANAS, JOSE CANAS, a minor, by      Case No.:  C08-05771 JF
   and through his guardian ad litem, and JESUS
12 CANAS, by and through his guardian ad litem,  **STIPULATION AND [PROPOSED] ORDER
                                                 TO CONTINUE MOTION TO DISMISS
13              Plaintiffs,                      PLAINTIFF'S THIRD AMENDED
          vs.                                    COMPLAINT AND CASE MANAGEMENT
14                                               CONFERENCE**
   CITY OF SUNNYVALE, CHRIS SEARLE,
15 DARREN PANG and DOES ONE through
   TWENTY-FIVE,
16
                Defendants.
17

18         IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned

19 attorneys of record, that defendants' Motion to Dismiss plaintiff's Third Amended Complaint be

20 continued to 60 days after the further Early Neutral Evaluation (hereinafter "ENE"), which has been

21 scheduled for November 20.  In addition the parties wish to move the next Case Management

22 Conference to a date 60 days after the further ENE.  The parties have agreed upon a proposed

23 protective order to be submitted to the court.  Discovery will proceed once the proposed protective

24 order has been entered by the court.  The parties felt that discovery was needed to conduct a

25 meaningful ENE, therefore a further ENE was scheduled.  As the ENE may dispose of the case, we

26 hereby respectfully request that the court continue the defendants' Motion to Dismiss plaintiff's Third

27 Amended Complaint and the Case Management Conference to a date 60 days after the ENE

28 scheduled for November 20 and propose the date of January 15, 2010 at 9am for both the Motion to

1   Dismiss and further CMC.

2   Dated:  October 9, 2009                    BERTRAND, FOX & ELLIOT

3

4                                             By:_____/s/_____
5                                                 Gregory M. Fox
                                                  Attorneys for Defendants
6                                                 CITY OF SUNNYVALE, CHRIS SEARLE and
                                                  DARREN PANG
7

8   Dated:  October 9, 2009                    ROBERTS & ELLIOT LLP

9

10                                            By:_____/s/_____
11                                                James Roberts, Esq.
                                                  Sharmi Shah, Esq.
12                                                Attorneys for Plaintiffs
                                                  ERIKA CANAS, JOSE CANAS, and JESUS CANAS
13

14

15                                      **ORDER**

16          Good cause appearing,

17          THE STIPULATION IS SO ORDERED.

18   Dated: ____10/22/2009_____, 2009

19                                            _____
20                                            Hon. Jeremy Fogel
                                              UNITED STATES DISTRICT COURT JUDGE
21                                **ATTORNEY ATTESTATION**

22          I hereby attest that I have on file all holograph signatures for any signatures indicated by a

23   conformed signature ("/s/") within this E-filed document.

24

25   Dated: October_13, 2009                   _____/s/_____
26                                                     Gregory M. Fox

27

28