1  Gregory M. Fox, State Bar No. 070876
   Dana L. Soong, State Bar No. 168160
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
5
   Attorneys for Defendants
6  CITY OF SUNNYVALE,
   CHRIS SEARLE and DARREN PANG
7

**E-Filed 1/6/2010**

8                 UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11  ERIKA CANAS, JOSE CANAS, a minor, by        Case No.:  C08-05771 JF
    and through his guardian ad litem, and JESUS
12  CANAS, by and through his guardian ad litem,   **STIPULATION AND [PROPOSED] ORDER
                                                   TO CONTINUE MOTION TO DISMISS
13                 Plaintiffs,                     PLAINTIFF'S THIRD AMENDED
             vs.                                   COMPLAINT AND CASE MANAGEMENT
14                                                 CONFERENCE**
    CITY OF SUNNYVALE, CHRIS SEARLE,
15  DARREN PANG and DOES ONE through
    TWENTY-FIVE,
16
                   Defendants.
17

18          IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned

19  attorneys of record, that the date for completion of the Early Neutral Evaluation (hereinafter "ENE")

20  be continued to February 19th 2010.  An initial ENE session was held on October 6.  The parties and

21  evaluator agreed the parties should exchange further discovery and hold a second session on

22  November 20, 2009 which date had to be continued because of a scheduling conflict.   The Defendant

23  City has provided extensive information and documents to both the ENE evaluator and counsel for

24  the plaintiffs. The parties have agreed to a second day of ENE on February 11 and respectfully

25  request that the time for ENE be continued to February 19, 2010 to allow completion of the ENE

26  process.

27          IT IS FURTHER STIPULATED that defendants' Motion to Dismiss plaintiff's Third

28  Amended Complaint and a further Case Management Conference, both currently set for January 15,

STIPULATION AND PROPOSED ORDER TO CONTINUE MOTION TO DISMISS AND CMC

1 2010 at 9:00 a.m., be continued to Friday March 12, 2010 to allow time for the completion of the

2 ENE process.   As the ENE may dispose of the case, the parties respectfully request that the court

3 continue the defendants' Motion to Dismiss Plaintiff's Third Amended Complaint and the Case

4 Management Conference to March 12, 2010.   The parties further request court approval of the

5 following schedule.

6      Plaintiffs' opposition brief to the motion to dismiss shall be filed and served on or before

7 Friday, February 19, 2010.

8      Defendant's reply brief to be filed and served on or before Friday February 26, 2010.

9      A joint case management conference statement and Rule 26 Disclosures to be completed and

10 the joint cmc statement filed on or before Friday march 5, 2010.

11 Dated:  December 23, 2009           BERTRAND, FOX & ELLIOT

12

13           By:     /s/

14              Gregory M. Fox
             Attorneys for Defendants

15              CITY OF SUNNYVALE, CHRIS SEARLE and
             DARREN PANG

16

17 Dated:  December 22, 2009           ROBERTS & ELLIOT LLP

18

19           By:     /s/

20              James Roberts, Esq.
             Sharmi Shah, Esq.

21              Attorneys for Plaintiffs
             ERIKA CANAS, JOSE CANAS, and JESUS CANAS

22

**ATTORNEY ATTESTATION**

23

24      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

conformed signature ("/s/") within this E-filed document.

25

26 Dated: December 23, 2009           /s/
             Gregory M. Fox

27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE MOTION TO DISMISS AND CMC

1

**ORDER**

2      Good cause appearing,

3      Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint and the Case

4    Management Conference are continued to 900 am on March 12, 2010.

5      Plaintiffs' opposition brief to the motion to dismiss shall be filed and served on or before

6    Friday, February 19, 2010.

7      Defendants' reply brief to be filed and served on or before Friday February 26, 2010.

8      A joint case management conference statement and Rule 26 Disclosures to be completed and

9    the joint cmc statement filed on or before Friday March 5, 2010.

10     THE STIPULATION IS SO ORDERED.

11

12   Dated: _____1/4/2010_____, 2009

13   _____

14   Honorable Jeremy Fogel
     UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE MOTION TO DISMISS AND CMC