1  Gregory M. Fox, State Bar No. 070876
   Dana L. Soong, State Bar No. 168160           **E-Filed 5/6/2010**
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:   (415) 353-0999
   Facsimile:   (415) 353-0990
5
   Attorneys for Defendants
6  CITY OF SUNNYVALE,
   CHRIS SEARLE and DARREN PANG
7

8                    UNITED STATE DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ERIKA CANAS, JOSE CANAS, a minor, by       Case No.: C08-05771 JF (PVT)
   | and through his guardian ad litem, and JESUS
12 | CANAS, by and through his guardian ad litem, **STIPULATION AND [PROPOSED] ORDER
   |                                             CONTINUING CASE MANAGEMENT
13 |              Plaintiffs,                    CONFERENCE** AS MODIFIED BY THE COURT
   |      vs.
14 |
   | CITY OF SUNNYVALE, CHRIS SEARLE,
15 | DARREN PANG and DOES ONE through
   | TWENTY-FIVE,
16 |
   |              Defendants.
17

18      The parties, acting by and through their respective legal counsel, herein stipulate for an Order

19 continuing the Case Management Conference from Friday, 10:30 a.m., May 14, 2010 to a new
                                    9:00 a.m.
20 hearing date of Friday, ~~10:30~~ a.m., July 9, 2010.  The filing date of the Joint Case Management

21 Statement is continued to July 2, 2010.

22      Good cause exists for this stipulation because defendants have filed a motion to dismiss the

23 plaintiffs' Fourth Amended Complaint which is scheduled for hearing on Friday July 9, 2010.  It is

24 therefore presently uncertain which causes of action, if any, will proceed.  The parties agree that said

25 motion should be resolved and the case be "at issue" before the Case Management Conference is held

26 with the Court.

27 ///

28 ///

So Stipulated:

Dated:  May 5, 2010                    ROBERTS & ELLIOT LLP

                                        By: _____/s/_____
                                            James Roberts, Attorney for Plaintiffs

Dated:  May 5, 2010                    BERTRAND, FOX & ELLIOT

                                        By: _____/s/_____
                                            Gregory M. Fox
                                            Attorneys for Defendants
                                            CITY OF SUNNYVALE, CHRIS SEARLE and
                                            DARREN PANG

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 5, 2010                        _____/s/_____
                                            Gregory M. Fox

**ORDER**

Good cause appearing, the stipulation is so ordered.

Dated:  __5/6/2010__, 2010

                                        _____
                                        Honorable Jeremy Fogel
                                        UNITED STATES DISTRICT COURT