1 | **ROBERTS & ELLIOTT, LLP**               **E-Filed 6/24/2010**
    JAMES ROBERTS, SBN 98804
2   SHARMI SHAH, SBN 233110
    Ten Almaden Boulevard
3   Suite 500
    San Jose, CA 95113
4   Telephone:    (408) 275-89800
    Fax:          (408) 287-3782
5
    Russell A. Robinson, 163937
6   Law Office of Russell A. Robinson
    345 Grove Street, First Floor
7   San Francisco CA 94102
    Telephone:    (415) 255-0462
8   Facsimile:    (415) 431-4526

9   Counsel for Plaintiffs
    ERIKA CANAS, et al.
10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  ERIKA CANAS, JOSE CANAS, a minor, by      ) No.   C-08-5771-JF
    and through his guardian ad litem, and JESUS )
15  CANAS, a minor, by and through his guardian ) **STIPULATION TO CONTINUE**
    ad litem,                                   ) **HEARING OF DEFENDANTS' MOTION**
                                                ) **TO DISMISS AND EXTENDING TIME**
16                Plaintiffs,                   ) **TO OPPOSE, AND CONTINUING CASE**
                                                ) **MANAGEMENT CONFERENCE;**
17  v.                                          ) [Proposed] ORDER
                                                ) **[Jury Trial Demanded]**
18  CITY OF SUNNYVALE, CHRIS SEARLE,            )
    and DARREN PANG,                            ) Date:   July 9, 2010
19                                              ) Time:   9:00 a.m.
                  Defendants.                   ) Courtroom 3
20  _____        ) Honorable Jeremy Fogel

21  **I.    STIPULATION**

22          TO THE HONORABLE COURT HEREIN:

23          The parties, through counsel of record, hereby stipulate as follows:

24          Defendants CITY OF SUNNYVALE, CHRIS SEARLE, and DARREN PANG have

25  _____
    STIPULATION TO CONTINUE HEARING OF DEFENDANTS'
26  MOTION TO DISMISS AND EXTENDING TIME TO OPPOSE, AND
    CONTINUING CASE MANAGEMENT CONFERENCE; [Proposed] ORDER
    *Canas, et al., v. City of Sunnyvale, et al.*
    Case No. C-08-5771-JF                                                    10EC.P007

1  moved to dismiss the plaintiffs' Fourth Amended Complaint pursuant to Federal Rules of Civil
2  Procedure, Rule 12(b)(6).  The opposition is due June 18, 2010, and the hearing is set for July 9,
3  2010, at 9:00 a.m.  Counsel have started to meet and confer over the substance of the motion and
4  the perceived deficiencies in the Fourth Amended Complaint.
5        Plaintiffs ERIKA CANAS and minors JOSE CANAS and JESUS CANAS associated
6  attorney Russell A. Robinson, to act as co-lead counsel in this matter.  Robinson needs additional
7  time to familiarize himself with the case and to draft an opposition.
8        Therefore, the parties hereby agree that the hearing date on said motion be continued to
9  August 27, 2010, at 9:00 a.m.  Plaintiffs' opposition shall be due August 6, 2010.
10       The parties also hereby request, through counsel of record, that the Court continue the
11 case management conference to the same date.

12

13 Date:   June 21, 2010              /s/ Russell A. Robinson
                                      Law Office of Russell A. Robinson
14                                    By:    Russell A. Robinson
                                      Co-Counsel for Plaintiffs
15                                    ERIKA CANAS and minors JOSE CANAS and JESUS
                                      CANAS

16

17

18 Date:   June 21, 2010              /s/ Gregory M. Fox
                                      Gregory M. Fox
19                                    Bertrand, Fox & Elliot
                                      Attorneys for Defendants
20                                    CITY OF SUNNYVALE, CHRIS SEARLE, and DARREN
                                      PANG

21

22

23

24

25

26 STIPULATION TO CONTINUE HEARING OF DEFENDANTS'
   MOTION TO DISMISS AND EXTENDING TIME TO OPPOSE, AND
   CONTINUING CASE MANAGEMENT CONFERENCE; [Proposed] ORDER
   *Canas, et al., v. City of Sunnyvale, et al.*
   Case No. C-08-5771-JF                    - 2 -                                   10EC.P007

1  **II.     ORDER**

2         Based on the above, and good cause appearing,

3         The Court hereby orders as follows:

4         The hearing date on Defendants' motion is continued to ___8/27___, 2010, at 9:00 a.m.

5  Plaintiffs' opposition shall be due ___8/6___, 2010.

6         The case management conference is also continued to ___8/27___, 2010, at __9:00__ a.m.

7  The joint case management conference statement shall be due ___8/20___, 2010.

8         **IT IS SO ORDERED.**

9

10

11  Date:  6/24/2010                    _____
12                                      HONORABLE JEREMY FOGEL
                                        United States District Court
                                        Northern District of California
13

14