\*\*E-Filed 8/27/10\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, a minor, by and through his guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE,<br><br>Defendants. | Case Number C 08-5771 JF (PVT)<br><br>**ORDER[1] GRANTING DEFENDANTS' MOTION TO DISMISS, WITH LEAVE TO AMEND**<br><br>[Re: Document no. 62] |

Pursuant to the stipulation of counsel for the parties, Defendants' motion to dismiss will be granted. Leave to amend will be granted to the extent agreed by counsel on the record at the hearing on August 27, 2010. Any amended complaint shall be filed within thirty (30) days of the date this order is filed. The case management conference is rescheduled for October 29, 2010, at 10:30 A.M.

**IT IS SO ORDERED**

DATED: 8/27/10

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-5771 JF (PVT)
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, WITH LEAVE TO AMEND
(JFLC3)