```
 1  Gregory M. Fox, State Bar No. 070876
    Dana L. Soong, State Bar No. 168160
 2  BERTRAND, FOX & ELLIOT
    The Waterfront Building
 3  2749 Hyde Street
    San Francisco, California 94109
 4  Telephone:    (415) 353-0999
    Facsimile:    (415) 353-0990
 5
    Attorneys for Defendants
 6  CITY OF SUNNYVALE,
    CHRIS SEARLE and DARREN PANG
 7
```

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem, | Case No.: C08-05771 JF (PVT) |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE, | |
| Defendants. | |

The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the Case Management Conference from Friday, 10:30 a.m., June 10, 2011 to a new hearing date of Friday, 10:30 a.m., June 24, 2011. The filing date of the Joint Case Management Statement is continued to June 17, 2011.

Good cause exists for this stipulation in that defendants' counsel, Gregory M. Fox, is scheduled for several other matters on the date of June 10, 2011, including trial in Napa Superior Court.

So Stipulated:

Dated: May 6, 2011                          LAW OFFICES OF RUSSELL A. ROBINSON

                                            By: _____/s/_____
                                                Russell A. Robinson, Attorney for Plaintiffs

---

1

STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated:  May 6, 2011                             BERTRAND, FOX & ELLIOT

By: _____/s/_____
    Gregory M. Fox
    Attorneys for Defendants
    CITY OF SUNNYVALE, CHRIS SEARLE and
    DARREN PANG

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 6, 2011                         _____/s/_____
                                         Gregory M. Fox

### ORDER

Good cause appearing, the stipulation is so ordered.

Dated: __5/10_____, 2011

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT

---

2

STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE