UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANAS,<br>　　　Plaintiff,<br>V.<br>CITY OF SUNNYVALE,<br>　　　Defendant. | Case Number CV-08-5771-JF<br><br>CLERK'S NOTICE -<br>RE TIME CHANGE |

To all Parties and Attorneys of Record:

The Case Management Conference set for June 24, 2011 will be heard at 2:30 p.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

June 20, 2011

For the Court
Richard W. Wieking, Clerk

By:　　 /s/
Diana Munz
Courtroom Deputy Clerk