# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 24, 2011        Time: 2 mins
**Case Number:** CV-08-5771-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

TITLE:                    ERIKA CANAS, ET AL   V. CITY OF SUNNYVALE,  ET AL

                          PLAINTIFF                              DEFENDANT

  Attorneys Present:                             Attorneys Present: Gregory Fox

PROCEEDINGS:
   Further case management conference held.  Parties are present. The Court adopts the proposed case schedule.