Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF SUNNYVALE,
CHRIS SEARLE and DARREN PANG

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE,<br><br>Defendants. | Case No.:  C08-05771 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING TRIAL SCHEDULE** |

After the Case Management Conference on June 24, 2011, the Court, in its Minute Order of June 24, 2011 adopted the proposed case schedule which was contained in the parties Joint Case Management Statement efiled on June 20, 2011. As that Statement contained no hard dates, the parties have agreed as follows:

**Proposed dates for:**

A.  Non-Expert Discovery cutoff:    March 30, 2012

B.  Designation of experts          May 31, 2012

C.  Hearing of dispositive motions: May 4, 2012

D.  Expert Discovery cutoff:        June 28, 2012

E.  Final Pretrial conference:      July 6, 2012

F.  Trial:                          September 10, 2012

This case will be tried to a jury and is expected to last five (5) to ten (10) days.

So Stipulated:

Dated:  August 5, 2011                    LAW OFFICES OF RUSSELL A. ROBINSON

By: _____/s/_____
Russell A. Robinson, Attorney for Plaintiffs


Dated:  August 1, 2011                    BERTRAND, FOX & ELLIOT


By: _____/s/_____
Gregory M. Fox
Attorneys for Defendants
CITY OF SUNNYVALE, CHRIS SEARLE and
DARREN PANG

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: August 5, 2011                    _____/s/_____
Gregory M. Fox


**ORDER**

Good cause appearing, the stipulation is so ordered.

Dated: __8/10__, 2011

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT