Gregory M. Fox, State Bar No. 070876
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF SUNNYVALE, CHRIS SEARLE and DARREN PANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY FIVE,<br><br>    Defendants. | Case No. 3:08-cv-05771-TEH<br><br>**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE WITNESSES FROM COURTROOM**<br><br>**(DEFENDANTS' MOTION *IN LIMINE* NO. 2)**<br><br>Pretrial Conference:   August 27, 2012<br>Time:                          3:00 p.m.<br>Location:                    Courtroom 2, 17th Floor<br><br>Trial:   September 11, 2012<br><br>**Hon. Thelton E. Henderson** |

Defendants Chris Searle, Darren Pang, and the City of Sunnyvale hereby move this Court *in limine* for an Order restricting any and all witnesses from entering the Courtroom until called to testify. This motion is based on the ground that all witnesses will be testifying on similar matters and allowing one to hear the questions and answers of another will undermine the moving party's cross-examination. This Court should exclude these witnesses pursuant to its discretionary authority under FRE 615

Defendants further move the Court to instruct plaintiffs and plaintiffs' counsel to advise all witnesses:

    1.    Not to mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any of the facts mentioned in this motion, without first obtaining permission of the Court outside the presence and hearing of the jury;

1

2. Not to make any reference to the fact that this motion has been filed; and

3. To warn and caution each of plaintiffs' witnesses to strictly follow this same instruction.

Any witness hearing the testimony of a previous witness could be swayed and their own testimony could be changed to the prejudice of defendants.

Accordingly, defendants respectfully request that all witnesses be excluded from the courtroom until after the completion of their testimony.

Dated: August 21, 2012    BERTRAND, FOX & ELLIOT

By: */s/ Meaghan A. Snyder*
    Gregory M. Fox
    Meaghan A. Snyder
    Attorneys for Defendants
    CITY OF SUNNYVALE, CHRIS SEARLE and DARREN PANG