1  Gregory M. Fox, State Bar No. 070876
   Meaghan A. Snyder, State Bar No. 279392
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5
6  Attorneys for Defendants
   CITY OF SUNNYVALE, CHRIS SEARLE and DARREN PANG
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY FIVE,<br><br>    Defendants. | Case No. C08-05771 TEH<br><br>**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY BY PLAINTIFFS' EXPERTS NOT PRODUCED FOR DEPOSITION**<br><br>**(DEFENDANTS' MOTION *IN LIMINE* NO. 10)**<br><br>Pretrial Conference:   August 27, 2012<br>Time:                          3:00 p.m.<br>Location:                    Courtroom 2, 17th Floor<br><br>Trial:   September 11, 2012<br><br>**Hon. Thelton E. Henderson** |

## I. INTRODUCTION

Defendants Chris Searle, Darren Pang, and the City of Sunnyvale hereby move this Court *in limine* for an Order excluding any and all testimony by plaintiffs' experts that have not been produced for deposition.

## II. ARGUMENT

Plaintiffs have not yet agreed to a date on which they will produce their experts for deposition. Although the parties have agreed that expert discovery may occur after the August 20, 2012 date set by the Court for completion of this discovery, defendants have noticed both Mr. Clark's and Mr. Allman's depositions for August 22, 2012 and August 23, 2012, respectively, but plaintiffs have not yet agreed to produce their experts on those dates, or any other dates. If defendants are unable to depose plaintiffs' experts, their testimony should be excluded in its entirety for failure to comply with FRCP Rule 26(b)(4)(A).

## III. CONCLUSION

Defendants therefore respectfully request an order *in limine* to exclude testimony by plaintiffs' experts that have not been produced for deposition.

Dated: August 21, 2012                                    BERTRAND, FOX & ELLIOT

By:  */s/ Meaghan A. Snyder*
    Gregory M. Fox
    Meaghan A. Snyder
    Attorneys for Defendants
    CITY OF SUNNYVALE, CHRIS SEARLE and DARREN PANG

2

DEFENDANTS' MIL NO. 10: TO EXCLUDE TESTIMONY BY PLAINTIFFS' EXPERTS NOT PRODUCED FOR DEPOSITION
*CANAS v. CITY OF SUNNYVALE, et al*. US District Court Case No. 3:08-cv-05771-TEH