IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SUNNYVALE, et al.,<br><br>　　　　　Defendants. | NO. C08-5771 TEH<br><br>ORDER TO SHOW CAUSE |

Pursuant to the Court's November 7, 2011 Order for Pretrial Preparation, the deadline for Plaintiffs to file their proposed jury instructions and motions in limine was August 21, 2012. Plaintiffs filed their proposed jury instructions and motions in limine today, two days late. This is not the first time Plaintiffs have missed a filing deadline. As noted in the Court's order on Defendant's summary judgment motion, Plaintiffs previously filed an expert declaration two days late.

With good cause appearing, IT IS HEREBY ORDERED that, at the pretrial conference scheduled for **August 27, 2012, at 3:00 PM**, Plaintiffs shall show cause as to why monetary or other sanctions should not be imposed for their failure to timely file their proposed jury instructions and motions in limine.

**IT IS SO ORDERED.**

Dated: 8/23/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT