UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  August 27, 2012

**Case No:** C 08-05771 TEH

**Case Title**:  ERIKA CANAS v. CITY OF SUNNYVALE, ET AL.

**Appearances:**

> For Plaintiff(s): Russell Robinson

> For Defendant(s): Gregory Fox; Meaghan Snyder

**Deputy Clerk**:  Tana Ingle             **Court Reporter**: Kathy Wyatt
**Time in Court:** 54 minutes

## *PROCEEDINGS*

1. Pretrial Conference - held
2. Order to Show Cause - held

## *SUMMARY*

Plaintiff's counsel is sanctioned to $250, and shall provide proof of payment to the Court by 08/31/2012.  Parties shall meet and confer on agreed exhibits that will be admitted at trial, and notify the Court prior to the start of trial. Parties shall meet and confer, and file proposed voir dire questions no later than Wednesday, 09/05/2012.

Case continued to **Tuesday, 09/11/2012, at 9:00 a.m.** for jury trial.  The trial schedule will be Tuesday through Friday from 9:00 a.m. to 1:30 p.m.