Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF SUNNYVALE, CHRIS SEARLE and DARREN PANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY FIVE,<br><br>  Defendants. | Case No. C08-05771 TEH<br><br>**DEFENDANTS CITY OF SUNNYVALE, CHRIS SEARLE and DARREN PANG'S *AMENDED* ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO BRING ELECTRONIC EQUIPMENT OR ITEMS FOR PRESENTATIONS AT TRIAL**<br><br>Date:   September 11, 2012<br>Time:  9:00 a.m.<br>Courtroom 2, 17th Floor<br>Hon. Thelton E. Henderson |

Defendants CITY OF SUNNYVALE, CHRIS SEARLE and DARREN PANG'S counsel, Gregory M. Fox, requests that he be allowed to bring the following electronic equipment to the trial of this matter, beginning on September 11, 2012:  speakers, ELMO display, laptop computer, computer playback system, screen, a projector and *one (1) solid hard plastic non-operable exemplar firearm.*

Dated: September 10, 2012              BERTRAND, FOX & ELLIOT


                                By:  _____/s/_____
                                    Gregory M. Fox
                                    Attorneys for Defendants
                                    CITY OF SUNNYVALE, CHRIS SEARLE and
                                    DARREN PANG

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: _____



The _____
UNITED STATES DISTRICT COURT

---