IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIKA CAÑAS, et al.,

    Plaintiffs,

v.

CITY OF SUNNYVALE, et al.,

    Defendants.

NO. C08-5771 TEH

<u>ORDER DENYING DEFENDANTS' RULE 50 MOTION</u>

After the close of evidence, Defendants orally moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50. The Court took the motion under submission and submitted the entire case to the jury. On September 20, 2012, the jury returned a verdict in favor of Defendants on all questions. Accordingly, Defendants' motion for judgment as a matter of law is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: 09/21/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT