Gregory M. Fox, State Bar No. 070876
Meaghan Snyder, State Bar No. 279392
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF SUNNYVALE,
CHRIS SEARLE and DARREN PANG

James Roberts, State Bar No. 98804
Sharmi Shah, State Bar No. 233110
ROBERTS & ELLIOTT, LLP
150 Almaden Blvd., Suite 950
San Jose, CA  95113
Tel: (408) 275-9800
Fax: (408) 287-3782

Russell A. Robinson, State Bar No. 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco CA 94102
Tel:    415.255.0462
Fax:   415.431.4526

Attorneys for Plaintiffs
ERIKA CANAS, JOSE CANAS
and JESUS CANAS

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>        Plaintiffs,<br>  vs.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE,<br><br>        Defendants. | Case No.: C08-05771 TEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ENIRE ACTION ; [Proposed] ORDER**<br>**FRCP 41(a)(1)A(ii)** |

1

STIPULATION OF DISMISSAL WITH PREJUDICE
[Proposed] ORDER

THE PARTIES HERETO, THROUGH COUNSEL, STIPULATE AS FOLLOWS:

Judgment was entered in favor of Defendants City of Sunnyvale, Chris Searle and Darren Pang and against Plaintiffs on October 2, 2012, after trial by Jury in which the jury's verdict was unanimous and in favor of Defendants City of Sunnyvale, Chris Searle and Darren Pang and against Plaintiffs.  Defendants filed their bill of costs on October 16, 2012, and Plaintiffs filed their objections thereto on October 30, 2012.  Defendants have agreed to waive their cost bill in return for Plaintiffs' dismissal with prejudice of the entire action and waiver of any appeal, each side to bear their own fees and costs.  The parties further agree to dismiss and waive any and all claims arising from the lawsuit.

The parties therefore agree and stipulate for an Order of Dismissal of the Entire Action with Prejudice as to all parties and all causes of action, and a waiver by plaintiffs of any and all appeals.  Defendants will waive their cost bill.  Each side to bear its own fees and costs.

The parties further agree to release each other from all claims arising out of or related in any way to the death of Jose Francisco Canas on September 12, 2007. Each party understands and waives all rights or benefits under the terms of Section 1542 of the Civil Code of the State of California, or any successor of statute thereto, which reads as follows:

> "A general release does not extend to the claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiffs hereby surrender and relinquish all post-trial remedies and rights available to them, including but not limited to right of appeal.  Defendants hereby surrender and relinquish all post-trial remedies and rights available to them, including but not limited to right to seek costs.

2
STIPULATION OF DISMISSAL WITH PREJUDICE
[Proposed] ORDER

Each side shall bear its own costs and fees.

Date: November 1, 2012        /s/ Russell A. Robinson
　　　　　　　　　　　　　　By:    Russell A. Robinson
　　　　　　　　　　　　　　Co-Counsel for Plaintiffs
　　　　　　　　　　　　　　ERIKA CANAS, minor JOSE CANAS, and minor JESUS CANAS

Date: November 1, 2012        /s/ Gregory M. Fox
　　　　　　　　　　　　　　By:    Gregory M. Fox
　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　DARREN PANG, CHRISTOPHER SEARLE, and CITY OF SUNNYVALE

**ORDER**

Pursuant to stipulation and good cause appearing, it is hereby ordered as follows:

This matter shall be and is hereby dismissed with prejudice, as to all parties and all causes of action.

The parties are released from all claims arising out of or related in any way to the death of Jose Francisco Canas on September 12, 2007.

Plaintiffs waive and shall not appeal the Judgment entered October 2, 2012 and any other order of the court including the Order Granting in Part and Denying in Part Summary Judgment. Defendants waive their costs of suit. Each side shall bear its own costs and fees.

**IT IS SO ORDERED.**

Date: November 5, 2012

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION OF DISMISSAL WITH PREJUDICE
[Proposed] ORDER